**Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00975-CV
_____

### WLLIAM A. BALDWIN, Appellant

### V.

### LPP MORTGAGE, LTD, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1049938**

---

## O R D E R

The notice of appeal in this case was filed December 9, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **February 25, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM